BUYER(S) MUST ALSO SIGN LEAD PAINT
"PROPERTY TRANSFER NOTIFICATION CERTIFICATION"

OFFER TO PURCHASE REAL ESTATE

TO __Owner or Owners of Record__

The property herein referred to is identified as follows: __That 5+- acre parcel of land in Ashland, Middlesex County off Tri Street shown as a portion of Lot 11 on plan attached hereto and incorporated by reference.__

Date: __October 30, 2001__

I hereby offer to buy said property, which has been offered to me by __Fafard Real Estate__ as the Seller's Broker(s) under the following terms and conditions

1. I will pay therefore $ __100,000.00__ of which

    (a) $ __1,000.00__ is paid herewith as a deposit to bind this offer
    (b) $ __9,000.00__ is to be paid as an additional deposit upon the execution of the Purchase and Sales Agreement provided for below.
    (c) $ __90,000.00__ is to be paid at the time of delivery of the Deed in cash, or by certified, cashiers, treasurer's or bank check(s) at the time of delivery of the Deed.
    (d) $ _____
    (e) $ __100,000.00__

CHECK ONE:
Check, subject to collection
Cash

2. This offer is good until __PRESENTATION__ at or before which time a copy hereof shall be signed by you, the Seller and your (husband) (wife), signifying acceptance of this Offer, and returned to me forthwith, otherwise this Offer shall be considered as rejected and the money deposited herewith shall be returned to me forthwith.

3. The parties hereto shall, on or before __5:00__ P.M. __December 3, 2001__ execute the Purchase and Sale Agreement which, when executed, shall be the agreement between the parties hereto.

4. A good and sufficient Deed, conveying a good and clear record and marketable title shall be delivered at 12:00 Noon on __February 28, 2002__ at the appropriate Registry of Deeds, unless some other time and place are mutually agreed upon in writing.

5. If I do not fulfill my obligations under this Offer, the above mentioned deposit shall forthwith returned to Buyer without recourse to either party. Said deposit shall be held by Seller's Attorney for Seller as escrow agent subject to the terms hereof, provided however that in the event of any disagreement between the parties, the escrow agent may retain said deposit pending instructions mutually given by the parties. A similar provision shall be included in the Purchase and Sales Agreement with respect to any deposits held under its terms.

6. Time is of the essence hereof.

7. Buyer and Seller not bound until execution of Purchase and Sale Agreement. See Rider attached hereto and incorporated herein by reference for additional terms.
__Subject to Access from Sewell Street and upgrading of road from Sewell Street to site.__
__Subject to Buyer Due Diligence period until December 31, 2001 for Buyer review of all facts relating to land. Buyer may terminate if it determines land not suitable for Buyer in Buyer's sole discretion.__

NOTICE: Buyer and Seller not bound until Purchase and Sale Agreement executed.

WITNESS my hand and seal.

SIGNED
Buyer: _[signature]_  Fafard Real Estate and Development Corp., (or Nominee)

__290 Eliot Street, Ashland, MA 01721__
__508-881-1600__
Address

This Offer is hereby accepted upon the foregoing terms and conditions at _____
WITNESS my (our) hand(s) and seal(s).

Phone Numbers
_____ A.M. / P.M. on _____ 19 ___

_____
Seller (or spouse)

_____
Seller

RECEIPT FOR DEPOSIT
_____ 19 ___
Received from _____
deposit under the terms and conditions of above Offer, to be held by _____ Buyer the sum of $ __ as
Under regulations adopted pursuant to the Massachusetts license law, _____ as escrow agent.
"all offers obtained by brokers or salesmen on any properties listed with them shall be forthwith conveyed to the owner of said real estate."
offer]

_____
Agent for Seller

*[Topographic map with dashed boundary line enclosing area labeled "Site"]*

*[Rotated subdivision plan map]*

SUBDIVISION PLAN OF LAND IN ASHLAND
MacCarthy & Sullivan Engineering Inc., Surveyors
July 23, 1980

1684

Subdivision of Part of Lot 7
Shown on Plan 1684A
Filed with Cert. of Title No. 44300