UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAFARD REAL ESTATE & DEVELOPMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> METRO-BOSTON BROADCASTING, INC., <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 04-11531-RGS |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION TO AMEND MEMORANDUM OF LIS PENDENS**

Defendant opposes plaintiff's motion to amend memorandum of lis pendens for the reasons set forth in defendant's motion to dissolve lis pendens and memorandum in support of the motion to dissolve lis pendens, which are incorporated by reference.

METRO-BOSTON BROADCASTING, INC.

By its attorneys,

_____
Kenneth R. Berman (BBO 040320)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000

August 31, 2004

Certificate Of Service

I certify that I served this document today on opposing counsel by hand.

_____
Kenneth R. Berman

August 31, 2004