UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FAFARD REAL ESTATE & DEVELOPMENT CORP.

       V.                  CIVIL ACTION NO. 04-11531-RGS

METRO-BOSTON BROADCASTING, INC.

# NOTICE OF HEARING

STEARNS, DJ.                      SEPTEMBER 20, 2004

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

WEDNESDAY, NOVEMBER 17, 2004 AT 3:00 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                          RICHARD G. STEARNS
                          UNITED STATES DISTRICT JUDGE
       BY:
                      /s/ Mary H. Johnson
                      Deputy Clerk

*To Be Heard: Motions #14, 17, 18, 23.