UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 SEP 24  A 8:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| FAFARD REAL ESTATE & DEVELOPMENT CORP., <br><br> Plaintiff/Defendant-in Counterclaim <br><br> vs. <br><br> METRO-BOSTON BROADCASTING, INC., <br><br> Defendant/Plaintiff-in-Counterclaim | Civil Action No. 04-11531 RGS |

## DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 5, defendant moves that the time within which it is required to serve its opposition to plaintiff's motion to dismiss counterclaim be extended for fifteen days to and including October 12, 2004. As grounds for this motion, defendant states that the undersigned counsel was until recently involved in the trial of another matter and was therefore unable to devote sufficient time and attention to defendant's opposition to the motion to dismiss in order to meet the original deadline of Monday, September 27, 2004. Furthermore, the hearing on plaintiff's motion to dismiss counterclaim is not scheduled until November 17, 2004. Counsel for plaintiff has assented to the allowance of this motion.

METRO-BOSTON BROADCASTING, INC.

By its attorneys,

/s/ Kenneth R. Berman
Kenneth R. Berman (BBO #040320)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000

Date: September 23, 2004

- 2 -

## Certificate of Service

I certify that I served the foregoing document today on opposing counsel by mail.

_____
Kenneth R. Berman

1364268.1