UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
FAFARD REAL ESTATE &                        )
DEVELOPMENT CORP.,                          )
                                            )
    Plaintiff/Defendant-in Counterclaim   )
                                            )
vs.                                         )   Civil Action No. 04-11531 RGS
                                            )
METRO-BOSTON BROADCASTING,                  )
INC.,                                       )
                                            )
    Defendant/Plaintiff-in-Counterclaim   )
_____)

## DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 5, defendant moves that the time within which both parties are required to serve their proposed findings of fact and rulings of law be extended to and including April 4, 2005. Counsel for plaintiff has assented to the allowance of this motion.

                    METRO-BOSTON BROADCASTING, INC.

                    By its attorneys,


                    /s/ Erik P. Bartenhagen_____
                    Kenneth R. Berman (BBO #040320)
                    Erik P. Bartenhagen (BBO #640003)
                    Nutter McClennen & Fish LLP
                    World Trade Center West
                    155 Seaport Boulevard
                    Boston, Massachusetts 02210
                    (617) 439-2000

Date:  March 31, 2005


**1416127.1**