# EXHIBIT A

| Date of Extension Request | Date Signed By Buyer | Date Signed By Seller | New Date For Performance | Exhibit(s) |
|---|---|---|---|---|
| 1/22/2002 | undated | 1/30/2002 | 5/31/2002 | 16, 17 |
| 4/3/2002 | 3/27/2002 | 4/4/2002 | 8/31/2002 | 25, 23 |
|  | 7/29/2002 | 7/25/2002 | 1/31/2003 | 30 |
| 12/12/2002 | 12/12/2002 | 12/20/2002 | 6/30/2003 | 32, 33 |
| 5/20/2003 |  |  |  | 39 |
| 5/29/2003 | 5/20/2003 | 5/29/2003 | 9/30/2003 | 41, 40 |
| 8/21/2003 |  |  |  | 43 |
| 8/27/2003 | 8/21/2003 | 8/28/2003 | 9/15/2003 | 45, 44 |
| 9/11/2003 | 9/11/2003 | 9/12/2003 | 11/1/2003 | 46, 47 |
| 9/26/2003 |  |  |  | 48 |
|  | 9/29/2003 | 9/29/2003 | 11/18/2003 | 49 |
| 10/14/2003 | 10/14/2003 | 10/15/2003 | 10/17/2003 | 50, 51 |
|  | 10/14/2003 | 10/17/2003 | 12/1/2003 | 52 |
| 10/23/2003 | 10/23/2003 | 10/24/2003 | 11/3/2003 | 54, 53 |
| 10/30/2003 | 10/30/2003 | 11/3/2003 | 11/7/2003 | 56, 55 |
| 11/6/2003 | 11/6/2003 | 11/6/2003 | 11/14/2003 | 60, 59 |
| 11/12/2003 | 11/12/2003 | 11/12/2003 | 11/21/2003 | 66, 65 |
| 11/19/2003 | 11/19/2003 | 11/20/2003 | 12/3/2003 | 68, 67 |
| 12/1/2003 | 12/1/2003 | 12/2/2003 | 12/10/2003 | 70, 69 |
| 12/8/2003 | 12/8/2003 | 12/8/2003 | 12/19/2003 | 72, 71 |
| 12/17/2003 | 12/17/2003 | 12/18/2003 | 1/9/2004 | 76, 75 |
| 1/5/2004 | 1/5/2004 | 1/8/2004 | 1/16/2004 | 79, 80 |
| 1/14/2004 | 1/14/2004 | 1/15/2004 | 1/30/2004 | 81 |
| 1/27/2004 | 1/27/2004 | 1/27/2004 | 2/17/2004 | 83, 84 |
| 2/12/2004 | 2/11/2004 | 2/12/2004 | 3/4/2004 | 87, 86 |
| 2/26/2004 | 2/26/2004 | 3/3/2004 | 3/25/2004 | 88, 89 |
| 3/19/2004 | 3/19/2004 | 3/19/2004 | 4/23/2004 | 90, 91 |
| 4/16/2004 | 4/16/2004 | 4/20/2004 | 5/21/2004 | 92, 93 |
| 5/7/2004 |  |  |  | 94 |
| 5/17/2004 |  |  |  | 95 |
| 5/20/2004 |  |  |  | 97 |

1403584.1

# EXHIBIT B

| Date | Form of Communication | Substance of Statement | Exhibit |
|---|---|---|---|
| Oct. 31, 2001 | Fax from Hannert to Halcomb transmitting offer to purchase additional land | "We need to acquire additional land to gain access to the residential portion of the property." | 10 |
| Jan. 17, 2002 | Telephone conversation between Hannert and Halcomb | [Hannert's version:] We (Fafard) have not been able to do much of anything of planning for the property since we determined that we needed the additional access. | 111 |
| Feb. 21, 2002 | Message left by Hannert for Halcomb | [Hannert's version:] Fafard and Metro-Boston are at a standstill. Fafard needs additional 5 acres and access to Sewall to make Fafard's project work. | 111 |
| On or shortly before Feb. 27, 2002 | Message left by Hannert for Halcomb | "[W]e need to get an agreement on the additional 5 acres. We need the access to get out to Sewall Street." | 19, 22 |
| Feb. 27, 2002 | E-mail from Hannert to Halcomb | "[W]e need to get an agreement on the additional 5 acres. We need the access to get out to Sewall Street." | 19, 22 |
| March 21, 2002 | E-mail from Hannert to Halcomb | "I need to get a response from you on the additional 5 acres [that provide access to Sewall Street]. We cannot access the residential portion of the land without it (2 access roads will be needed)." | 19, 22 |
| July 31, 2002 | Fax from Hannert to Dan Bremser (Tower Sites' engineer) | "We cannot access the [land under agreement] from Tri Street because of wetland buffer zones and need to access the site through Sewall Street." | 31 |
| May 19, 2003 | Fax from Hannert to Halcomb proposing extension of the purchase and sale agreement | "Please find a sketch which shows the connection between the residential land we have under agreement and Sewall Street. As we discussed, we need written confirmation from you that this access is available for our use as joint access. We would also like to obtain additional acreage if that is available but that is a separate issue…. [T]he Tri Street access is unusable." | 35 |
| May 27, 2003 | Telephone conversation between Hannert and Halcomb | Fafard has been waiting for other parties [who are interested in Tower Sites' industrial property, to decide whether they could agree to an arrangement that would give Fafard access to Sewall Street]. Because Fafard has been waiting for the other parties, Fafard cannot move forward. | 111 |

| Date | Form of Communication | Substance of Statement | Exhibit |
|---|---|---|---|
| Oct. 16, 2003 | Telephone conversation between Hannert and Halcomb | [Hannert's version:] Fafard has been waiting for a response on the plans Fafard sent on needing the Sewall Street access and additional acreage. Fafard cannot get access to the site by purchasing a house on Tri Street because that would be expensive access, it would only provide [a] one way [access], and would also cause problems with getting approvals. | 111 |
| Nov. 6, 2003 | Faxed extension request from Hannert to Halcomb | "We also need an answer to the access issue. Attached is another copy of the sketch showing the location where we need to access the property. The Tri Street access is unusable so we need to access the property from Sewall Street as joint access with other adjacent uses.... We are ready to close on this property but need to obtain approval to access through Sewall Street and the update of the property line. Please find an extension of the purchase and sale agreement until we can obtain these items. | 60 |
| Nov. 7, 2003 | Faxed extension request from Hannert to Halcomb | "We need to resolve the access issue out to Sewall Street, need clean title ... and need a plan we can deed off of." | 62 |
| Nov. 11, 2003 | Telephone conversation between Hannert (with Richard Terrill present) and Halcomb | [Hannert's version:] We need access issue resolved and an extension of the purchase and sale agreement to resolve this (and other) issues (pertaining to the closing). | 111 |
| Feb. 12, 2004 | Faxed extension request from Hannert to Halcomb | "We need to resolve the access issue out to Sewall Street, need clean title ... and need a plan we can deed off of." | 87 |
| Feb. 26, 2004 | Faxed extension request from Hannert to Halcomb | "We need to resolve the access issue out to Sewall Street, need clean title ... and need a plan we can deed off of." | 88 |
| March 19, 2004 | Faxed extension request from Hannert to Halcomb | "We need to resolve the access issue out to Sewall Street, need clean title ... and need a plan we can deed off of." | 90 |
| April 16, 2004 | Faxed extension request from Hannert to Halcomb | "We need to resolve the access issue out to Sewall Street, need clean title ... and need a plan we can deed off of." | 92 |
| May 7, 2004 | Faxed extension request from Hannert to Halcomb | "We need to resolve the access issue out to Sewall Street, need clean title ... and need a plan we can deed off of." | 94 |
| May 17, 2004 | Faxed extension request from Hannert to Halcomb | "We need to resolve the access issue out to Sewall Street, need clean title ... and need a plan we can deed off of." | 95 |
| May 20, 2004 | Faxed extension request from Hannert to Halcomb | "We need to resolve the access issue out to Sewall Street, need clean title ... and need a plan we can deed off of." | 97 |

1403583.1