UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**FAFARD REAL ESTATE AND DEVELOPMENT CORP.**

      **V.**                       **CIVIL ACTION NO. 04-11531-RGS**

**METRO-BOSTON BROADCASTING, INC.**

# ORDER VACATING JUDGMENT

**STEARNS, DJ.**                                                      **SEPTEMBER 6, 2005**

      **THE JUDGMENT ENTERED BY THIS COURT ON AUGUST 29, 2005 IS HEREBY VACATED.**

      **SO ORDERED.**

                                    **RICHARD G. STEARNS**
                                    **UNITED STATES DISTRICT JUDGE**

                      **BY:**

                                    **/s/ Mary H. Johnson**
                                    **Deputy Clerk**

**TO: Counsel of record**