UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAFARD REAL ESTATE & DEVELOPMENT CORP., ) <br> ) <br> Plaintiff and Defendant-In-Counterclaim, ) <br> ) <br> vs. ) <br> ) <br> METRO-BOSTON BROADCASTING, INC. ) <br> ) <br> Defendant and Plaintiff-In-Counterclaim, ) | CIVIL ACTION <br> NO. 04-11531-RGS |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
OPPOSE FAFARD'S MOTION TO RECONSIDER AND AMEND FINDINGS**

Defendant moves for a seven day extension of time - to October 18, 2005 - to file its opposition to the motion of Fafard Real Estate & Development Corp. to reconsider and amend findings. Due to the Jewish holidays, child care obligations, and the need to file a brief in federal court in Tennessee presently due on October 12, 2005 (for which the undersigned is also seeking an extension), the undersigned - who is the lead author on defendant's opposition - will need additional time to file defendant's opposition to Fafard's motion.

METRO-BOSTON BROADCASTING, INC.

By its attorneys,

/s/ Kenneth R. Berman
Kenneth R. Berman (BBO 040320)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Date: October 7, 2005

Local Rule 7.2 Certificate

I certify that on October 7, 2005, I telephoned Jeffrey Upton, counsel for plaintiff, in a good faith effort to obtain his consent to this motion.   However, Mr. Upton was unavailable.

   /s/ Kenneth R. Berman
Kenneth R. Berman

Certificate Of Service

I certify that I served the foregoing on opposing counsel by e-mail and mail on October 7, 2005.

   /s/ Kenneth R. Berman
Kenneth R. Berman

1469706.1