UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAFARD REAL ESTATE & DEVELOPMENT CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>METRO-BOSTON BROADCASTING, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) NO. 04-11531-RGS<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF RICHARD E. TERRILL IN SUPPORT OF
FAFARD REAL ESTATE & DEVELOPMENT CORP.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

I, Richard E. Terrill, do on oath, depose and state as follows:

1. I am Senior Vice President and CFO of Fafard Real Estate and Development Corp. ("Fafard"), the plaintiff in this action.

2. Fafard brought suit against Metro-Boston Broadcasting, Inc. ("Metro-Boston") solely for the purpose of obtaining the relief requested. Particularly, Fafard brought suit for breach of contract and for specific performance of the purchase and sale agreement executed on January 31, 2001 (the "P&S Agreement").

3. Fafard had no ulterior motive and sought to obtain no collateral advantage whatsoever as a result of bringing suit against Metro-Boston for breach of contract and for specific performance of the P&S Agreement. Fafard simply hoped to accomplish what the lawsuit set out to do: obtain specific performance of the P&S Agreement.

4.  At the time that Fafard brought suit against Metro-Boston for breach of contract and for specific performance of the P&S Agreement, Fafard had no knowledge of any other prospective or actual buyer of the property. Indeed, Fafard only learned of the existence of another prospective buyer well after the commencement of this action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF NOVEMBER 2005.

_____
Richard E. Terrill

### CERTIFICATE OF SERVICE

I, Jeffrey J. Upton, certify that on November __, 2005, I served a copy of the foregoing Affidavit of Richard E. Terrill In Support Of Fafard Real Estate & Development Corp.'s Motion For Summary Judgment, by hand on:

Kenneth Berman, Esq.
Nutter McClennan & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110

_____
Jeffrey J. Upton

440652   2