**Tower Sites, Ltd.**
8411 Preston Road, Suite 870
Dallas, Texas 75225
214.691-2545

May 21, 2004

Mr. Richard Terrill
President
Fafard Real Estate and Development Company
290 Eliot Street
Ashland, Massachusetts 01721

Dear Mr. Terrill:

At this time, I have been instructed by our Board of Directors to not grant any additional extension for the Purchase and Sale Agreement dated 30 January 2001 for the Sewell St. Ashland, MA. property between <u>Metro-Boston Broadcasting, Inc., General Partner for Tower Sites Limited</u> and <u>Fafard Real Estate and Development Corp., or Nominee.</u> The last extension expired May 20, 2004.

We have been advised by Ms. Janice Hannert that Primary Access through Sewell Street and across our large industrial property is required for the development of the residential property for the purpose you desire. This is not compatible with the current tenants of the Tower Site and therefore, the board does not believe that this alternate access route can be made available. Therefore, the proposed project is not feasible.

Unfortunately, the requirements of the town of Ashland are unpredictable and we understand the difficulty in obtaining the permits you sought.

The Buyer's deposit in escrow with your agent should be released back to you and this transaction should be considered terminated.

Sincerely,

*Mary Heller Halcomb*

Mary Heller Halcomb
President
Metro-Boston Broadcasting, Inc., General Partner
Tower Sites, Ltd.