UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
FAFARD REAL ESTATE &                        )
DEVELOPMENT CORP.,                          )
                                            )
    Plaintiff/Defendant-in Counterclaim  )
                                            )
vs.                                         )   Civil Action No. 04-11531 RGS
                                            )
METRO-BOSTON BROADCASTING,                  )
INC.,                                       )
                                            )
    Defendant/Plaintiff-in-Counterclaim  )
_____)

## DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 5, defendant moves that the time for it to serve its opposition to plaintiff's motion for summary judgment be extended to and including Friday, January 13, 2006. As grounds, defendant states that because of the engagement of counsel in other court matters as well as intervening holidays, counsel has been unable to devote sufficient time to preparing defendant's opposition to the motion in order to meet the original deadline. Defendant is hoping to serve its opposition before January 13, but has requested until January 13 as an abundance of caution. Counsel for plaintiff assents to this motion.

                METRO-BOSTON BROADCASTING, INC.

                By its attorneys,

                /s/ Kenneth R. Berman
                Kenneth R. Berman (BBO #040320)
                Erik P. Bartenhagen (BBO #640003)
                Nutter McClennen & Fish LLP
                World Trade Center West
                155 Seaport Boulevard
                Boston, Massachusetts 02210
                (617) 439-2000

Date:   December 6, 2005

<u>Certificate of Service</u>

I certify that I served the foregoing document today on opposing counsel by mail.

/s/ Erik P. Bartenhagen_____
Erik P. Bartenhagen

**1486029.1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                      )
FAFARD REAL ESTATE &                  )
DEVELOPMENT CORP.,                    )
                                      )
    Plaintiff/Defendant-in Counterclaim )
                                      )
vs.                                   )   Civil Action No. 04-11531 RGS
                                      )
METRO-BOSTON BROADCASTING,            )
INC.,                                 )
                                      )
    Defendant/Plaintiff-in-Counterclaim )
_____)

**DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 5, defendant moves that the time for it to serve its opposition to plaintiff's motion for summary judgment be extended to and including Friday, January 13, 2006. As grounds, defendant states that because of the engagement of counsel in other court matters as well as intervening holidays, counsel has been unable to devote sufficient time to preparing defendant's opposition to the motion in order to meet the original deadline. Defendant is hoping to serve its opposition before January 13, but has requested until January 13 as an abundance of caution. Counsel for plaintiff assents to this motion.

                          METRO-BOSTON BROADCASTING, INC.

                          By its attorneys,

                          /s/ Kenneth R. Berman
                          Kenneth R. Berman (BBO #040320)
                          Erik P. Bartenhagen (BBO #640003)
                          Nutter McClennen & Fish LLP
                          World Trade Center West
                          155 Seaport Boulevard
                          Boston, Massachusetts 02210
                          (617) 439-2000

Date:   December 6, 2005

<u>Certificate of Service</u>

I certify that I served the foregoing document today on opposing counsel by mail.

/s/ Erik P. Bartenhagen_____
Erik P. Bartenhagen

**1486029.1**