UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FAFARD REAL ESTATE & DEVELOPMENT CORP., <br><br> Plaintiff/Defendant-in-Counterclaim <br><br> vs. <br><br> METRO-BOSTON BROADCASTING, INC., <br><br> Defendant/Plaintiff-in-Counterclaim | Civil Action No. 04-11531 RGS |

FILED
IN CLERKS OFFICE

2006 APR 26  A 11:44

U.S. DISTRICT COURT
DISTRICT OF MASS

### JUDGMENT

Plaintiff's claims came on for trial before the Court, and Defendant's counterclaims came on for hearing pursuant to Rule 56, the Honorable Richard G. Sterns, District Judge, presiding, and decisions having been duly rendered,

It is ORDERED and ADJUDGED that plaintiff's Complaint and Defendant's Counterclaims are each dismissed on the merits.

Dated at Boston, Massachusetts, this 26th day of April, 2006.

SARAH A. THORNTON
Clerk of Court

449563

By: Mary H. Johnson
Deputy Clerk
4-28-06

HK   **Hanify&King**

**JEFFREY J. UPTON**
Email: jju@hanify.com

FILED
IN CLERKS OFFICE

2006 APR 26  A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

April 25, 2006

Mary H. Johnson
Courtroom Clerk
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    Fafard Real Estate and Development Corp. v. Metro-Boston Broadcasting, Inc.,
    No:    U.S.D.C., District of Massachusetts C.A. No. 04-11531-RGS

Dear Ms. Johnson:

    Pursuant to Judge Stearns' request on April 7, 2006, the parties have jointly prepared the enclosed form of Judgment to be entered in the above-captioned matter. Please do not hesitate to contact me should you have any questions.

    Very truly yours,

    Jeffrey J. Upton

Enclosure
cc:    Kenneth R. Berman, Esq. (w/enclosure)
*JCK/kjb*
*450174*

Professional Corporation
Counsellors at Law

One Beacon Street
Boston, Massachusetts 02108-3107
Tel: 617-423-0400
Fax: 617-423-0498
www.hanify.com