UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                          )
FAFARD REAL ESTATE &                      )
DEVELOPMENT CORP.,                        )
                                          )
      Plaintiff/Defendant-in-Counterclaim )
                                          )
vs.                                       )   Civil Action No. 04-11531 RGS
                                          )
METRO-BOSTON BROADCASTING, INC.,          )
                                          )
      Defendant/Plaintiff-in-Counterclaim )
                                          )
```

NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Fafard Real Estate & Development Corp., appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in the United States District Court for the District of Massachusetts in favor of Defendant, Metro-Boston Broadcasting, Inc., on Plaintiff's Complaint for specific performance. Final judgment was entered in this action on April 28, 2006.

Respectfully submitted,

FAFARD REAL ESTATE &
DEVELOPMENT CORP.

By their attorneys:

Jeffrey J. Upton (BBO#556221)
Sara E. Hirshon (BBO#662202)

HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400