

04-11531
USDC/MA
Stearns J

# United States Court of Appeals
## For the First Circuit

Nos. 06-1954, 06-1955

FAFARD REAL ESTATE & DEVELOPMENT CORP.,

Plaintiff - Appellant\Cross - Appellee,

v.

METRO-BOSTON BROADCASTING, INC.,

Defendant - Appellee\Cross - Appellant.

### JUDGMENT

Entered: November 7, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

By: __MARGARET CARTER__
Chief Deputy Clerk

ICH
**Deputy Clerk**

Date: 11/7/06

[cc: Jeffrey J. Upton, Esq., Halye A. Sugarman, Esq., Kenneth R. Berman, Esq., Erik P. Bartenhagen, Esq.]