UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAFARD REAL ESTATE & DEVELOPMENT CORP., ) ) ) ) Plaintiff/Defendant-in-Counterclaim ) ) vs. ) RGS ) METRO-BOSTON BROADCASTING, INC., ) ) ) Defendant/Plaintiff-in-Counterclaim ) ) | Civil Action No. 04-11531 |

NOTICE OF VOLUNTARY DISSOLUTION

Notice is hereby given that Plaintiff, Fafard Real Estate & Development Corp.,

seeks to dissolve the memorandum of lis pendens. Plaintiff has voluntarily dismissed this

action in the United States Court of Appeals for the First Circuit and final judgment was

entered on November 7, 2006.

Respectfully submitted,

FAFARD REAL ESTATE &
DEVELOPMENT CORP.

By their attorneys:

Jeffrey J. Upton (BBO#556221)
Sara E. Hirshon (BBO#662202)

HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400

CERTIFICATE OF SERVICE

I, Sara E. Hirshon, certify that on this day, I served a copy of the foregoing Notice of Voluntary Dissolution, by First-Class mail, on:

Erik Bartenhagen, Esq.
Nutter McClennan & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02110


Sara E. Hirshon

DATED:        December 4, 2006